Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.

WILLIAM H. CORNELL et al., Appellants, v. WILLIAM EATON et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of JOHN H. TESTA, Respondent, against BOARD OF WATER COMMISSIONERS OF THE CITY OF NORWICH, Appellant.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.   [See 1 A D 2d 852.]